NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERRELL NIX,                                )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No.  2D18-405
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed August 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Terrell Nix, pro se.


PER CURIAM.

            Affirmed.



SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.